UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RYAN MASTERS,<br><br>    Petitioner,<br><br>    v.<br><br>CALVIN JOHNSON, Warden,<br><br>    Respondent. | No. CV 15-04231-RGK (DFM)<br><br>Order Accepting Findings and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

///
///
///
///
///
///
///

   IT IS THEREFORE ORDERED that Judgment be entered dismissing Petitioner's claims regarding his designation without prejudice and dismissing his claim challenging the decision that he is not eligible for the Residential Drug Abuse Program with prejudice.

Dated: January 21, 2016

*[signature: Gary Klausner]*

R. GARY KLAUSNER
United States District Judge