JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RYAN MASTERS, | ) No. CV 15-04231-RGK (DFM) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| CALVIN JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Petitioner's claims regarding his designation are dismissed without prejudice and his claim challenging the decision that he is not eligible for the Residential Drug Abuse Program is dismissed with prejudice.

Dated: January 21, 2016

_____
R. GARY KLAUSNER
United States District Judge